UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 2:16-CV-00873-WBS-AC |
| Plaintiff, | **ORDER** |
| v. | |
| HENRY SMART; and Does 1-10 | |
| Defendants. | |

**ORDER**

Pursuant to plaintiff's request, the entire case herein is hereby ordered dismissed without prejudice.

Dated:  May 17, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1